AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DENNIS GRAY, *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) ) Civil Action No. C 17-456 JSC |
| THIERRY THOMPSON, LIGHT + SHADOW FINE ART, AND DOES 1-10 inclusive, *Defendant(s)* | ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Thierry Thompson; Light + Shadow Fine Art
Sixth Street (Between Delores + Lincoln)
Carmel-By-The-Sea, California 93923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward R. Hugo
Tina M. Glezakos
HUGO PARKER, LLP
One Front Street, 26th Floor
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date: 1/31/2017

*Signature of Clerk or Deputy Clerk*